687 A.2d 814

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Kenyatta MILES, Petitioner.**

**No. 0095 Capital Appeal.**

Supreme Court of Pennsylvania.

Dec. 6, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 6th day of December, 1996, it is ordered that petitioner's Emergency Motion for a Stay of Execution pending the filing and resolution of a petition for a writ of certiorari is GRANTED. The execution shall be stayed pending action by the United States Supreme Court on the petition for certiorari from this Court's ruling in *Commonwealth v. Miles,* 545 Pa. 500, 681 A.2d 1295 (1996).